JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| SHIPPING AND TRANSIT, LLC, | Case No. CV 16-3836 AG (SHSx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| NEPTUNE CIGARS, INC. | |
| Defendant. | |

Judgment in this case is entered in favor of Defendant Neptune Cigars, Inc. and against Plaintiff Shipping and Transit, LLC.

Dated September 12, 2016

_____
Hon. Andrew J. Guilford
United States District Judge

JUDGMENT